


ORIGINAL
FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 27 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**WILLIAMS, SCOTT & ASSOCIATES, LLC**, a Georgia limited liability company,<br><br>**WSA, LLC**, also d/b/a **Warrant Services Association**, a Nevada limited liability company, and<br><br>**JOHN WILLIAMS**, individually and as officer of Williams, Scott & Associates, LLC, and as manager of WSA, LLC<br><br>Defendants. | Civil Case No. _____<br><br>**1:14-CV-1599**<br><br>(FILED UNDER SEAL) |

### PLAINTIFF FTC'S RECOMMENDATION FOR A TEMPORARY RECEIVER

Plaintiff Federal Trade Commission, in support of its *ex parte* Motion for Temporary Restraining Order with an Asset Freeze, Appointment of a Receiver, and other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue, respectfully submits to the Court the following proposed temporary receivers in this case. Both of the proposed temporary receivers possess both the necessary experience and qualifications to hold the position and a willingness to serve as temporary receiver or receiver's counsel.

1

The first potential receiver is James Wanserski of Wanserski & Associates. Mr. Wanserski, whose office is located in Marietta, Georgia, has more than 30 years of experience as a consultant within the telecom and high-tech firm industries. Mr. Wanserski has worked on various fraud detection efforts and has acted as a receiver in government law enforcement actions, including actions for the Federal Trade Commission. Mr. Wanserski's qualifications are further outlined in the attached resume, identified as **Attachment A**.

If selected, Mr. Wanserski would engage receiver's counsel, Kevin T. O'Sullivan, Esq., a shareholder with Cohen Pollock Merlin & Small, P.C. Mr. Wanserski also would engage Steven Kushner and James Deichert of Fellows LaBriola as special litigation counsel and Laurie Dyke and Karen Fortune of IAG Forensics as forensic accountants.

The second potential receiver is Michael Fuqua of GlassRatner Advisory and Capital Group LLC. Mr. Fuqua is a senior managing director in GlassRatner's Atlanta office and has over 20 years of experience in corporate finance, business valuation, strategic planning, forensic accounting, and turnaround management. He has extensive experience serving as a receiver in government law enforcement actions. Currently, Mr. Fuqua is the receiver in the matter *FTC v. Pinnacle Payment Services, LLC, et al.*, United States District Court for the Northern

District of Georgia, Case No. 1: 13-cv-03455-TCB. If selected, Mr. Fuqua would engage Jennifer Odom of Bryan Cave, LLP as receiver's counsel. Additional information about Mr. Fuqua's qualifications is provided in the attached resume, identified as **Attachment B**.

Dated:  May 27, 2014

                                        Respectfully submitted,

                                        JONATHAN E. NEUCHTERLEIN
                                        General Counsel

                                        */s/ Robin L. Rock*
                                        ROBIN L. ROCK
                                        Ga. Bar No. 629532
                                        MARCELA C. MATEO
                                        Ga. Bar No. 397722
                                        Federal Trade Commission
                                        Southeast Region
                                        225 Peachtree Street, N.E., Suite 1500
                                        Atlanta, GA 30303
                                        Telephone:  404-656-1368 (Rock)
                                                            404-656-1361 (Mateo)
                                        Facsimile:   404-656-1379
                                        Email:  rrock@ftc.gov; mateo@ftc.gov

                                        Attorneys for Plaintiff

# ATTACHMENT A



# JAMES H. (Jim) WANSERSKI

**Principal, Wanserski & Associates**
P.O. Box 683095
Marietta, GA 30068
(770) 612-8612 (Office) (678) 361-3799 (Cell)
jhwanserski@wanserskiandassociates.com

**SUMMARY:** Executive with significant experience in management, operations, finance/accounting, turnaround, professional services/consulting, and fraud prevention/detection. Recent roles include **Management Trustee/CEO, Consultant to the Trustee;** Chief Financial Officer, Chief Operating Officer, financial/operational consulting, internal audit and management positions. Broad experience in serving in a court-appointed capacity and working closely with federal agencies to achieve competitive, economic, regulatory, and business operational goals, as well as law enforcement and US Attorney prosecutors in several fraud investigations. Testified multiple times in civil and criminal proceedings; experienced within collections litigation and settlement hearings as well. Named and promoted as a qualified RECEIVER by two Federal agencies. Managed or consulted to organizations of various sizes, stages of operation (e.g., from currently-thriving businesses to "turn-arounds"), within the following industries: **telecommunications (wireless, wire-line, broadband); high-technology, financial services, manufacturing, and agricultural sectors.**

**EMPLOYMENT:**

**2007- Present   Atlanta-based group *and as an INDEPENDENT CONSULTANT DIRECTOR/PRINCIPAL***
*Atlanta, Georgia*

Deliver high-end business consulting services throughout the Southeastern United States, with targeted nationwide clients in the telecommunications, healthcare and high technology industries. Business and capabilities were again expanded in 2012/2013 to include qualifying as receiver for both The Securities and Exchange Commission (Atlanta office) and the Federal Trade Commission (Washington, DC).

Representative consulting engagements include:

- **Management Trustee – AT&T/Centennial Merger:** Recommended by the U.S. Department of Justice, Antitrust Division, and appointed by the U.S. District Court for the District of Columbia to serve as Trustee of divestiture wireless telecommunications assets and operations in U.S. v. AT&T Inc. and Centennial Communications Corp. (2009). Responsibilities included preserving and maintaining divested business assets as viable and independently- competitive until sold and transitioned to a new owner.
    - Interview, retain and manage dedicated executive management team in Indiana and manage approximately 250 in-market field sales, training and network personnel covering 160,000 wireless subscribers in 8 markets in Louisiana and Mississippi.
    - Manage "shared service" resources across numerous functions (e.g., network, HR, customer service) with the divesting owner, AT&T.
    - Manage the retention of outside antitrust and regulatory counsel and other necessary consultants to support Trust operations.

- - - o Prepare detailed monthly Trust management reports to the Department of Justice, FCC and State of Louisiana to ensure coordination of work with agency goals.

  - At the sale date of the Trust assets, major accomplishments for the Trustee, advisors, and Trust management team included:
    - o Grew subscribers eight percent, arresting the previous annual decline of seven percent, while sustaining/increasing revenue levels.
    - o Within the entire customer base, increased the percentage of "on-contract" customers by 15% during the trust's ten-month tenure.
    - o Developed new advertising campaigns, marketing messages and promotional campaigns at a level not executed by other trusts.
    - o Ensured that capital expenditures were committed and achieved the network stability and metrics required to support customer needs.
    - o Through the Trust team, managed operational, sales, human resource, legal functions and regulatory requirements.
    - o Handed-off high-value, growing and competitive entities to the buyers.

  - o **"Hold Separate" Trustee – Verizon/Alltel Merger:** Appointed by the U.S. District Court at the recommendation of the Department of Justice to serve as Trustee over wireless telecommunications assets and business operations in U.S. v. Verizon Communications, Inc. and Alltel Corp. (2008). Responsibilities included overseeing the creation of a dedicated management team, ensuring independent systems and sufficient support operations for assets to be held in a Hold-Separate Trust ("HST").
    - o Interviewed, retained and managed dedicated executive management team in Arkansas, and approximately 1,200 in-market field sales, training and network personnel covering 1.6 million (mostly metropolitan) wireless subscribers across six different states.
    - o Managed coordination with "shared" HST resources across numerous business functions, and oversaw data systems separation to ensure competitive viability and independence from the purchaser (Verizon).
    - o Managed the retention of outside antitrust and regulatory counsel and other necessary consultants to support HST operations.
    - o Worked closely with representatives of the Department of Justice to ensure compliance with Court Order and federal agency goals.

  - o **Telecommunications Management Consultant – AT&T/Dobson and Verizon/RCC Trusts:** Recommended by the Department of Justice to serve as telecommunications management consultant to a court-appointed Trustee managing divestiture wireless assets and operations in U.S. v. AT&T Inc. and Dobson Communications, Inc., and in U.S. v. Verizon Communications, Inc. and Rural Cellular Corp. Responsibilities included providing business, management, finance, operations, and industry expertise to a Washington, DC-based antitrust lawyer serving as Trustee.
    - o **AT&T/Dobson** involved approximately 95,000 wireless subscribers in four RSAs across three states.
    - o **Verizon/RCC** involved approximately 165,000 subscribers in six CMAs across three states.

  - o **Other Representative Consulting Engagements:**
    - o Turnaround project for an Atlanta-centric not-for-profit entity/association in need of business execution, marketing and relationship-building expertise from a COO-level perspective.
    - o Multi-month revenue assurance project for an Atlanta-based high-tech company utilizing wireless technology as a key enabler to the

2

- business. Set-up three phases/work-streams; completed problem definition and 1st phase, customer executed remainder in-house.
    - Expertise provided to independently and directly verify customer-based economic value-gained from high-end, global (UK-based) clients of a sophisticated CIO-targeted software product.
    - Initiated an Internal Audit function for a large, privately-held **electronic commerce** services provider headquartered in Atlanta, GA.
    - Performed due diligence responsibilities for an Atlanta-based **telecommunications** company evaluating the purchase of a broadband company in Dallas, TX. Determined that prospective buyer should not acquire target *due to overstated revenues and misrepresentation of financial data*.
    - Provided post-purchase analytics, guidance and execution recommendations to a Baltimore-based **healthcare** firm that had acquired four Southeast-based targets. Project work and evidence *indicated potential fraud*, leading to subsequent work providing advice to counsel, drafting of testimony, exhibits and trial preparation in the acquirer's fraud case against a former owner.
    - Assisted in the development of shared services center consolidation efforts for an Atlanta-based, multi-national **software** firm.

2002-2007    ***MORRIS-ANDERSON & ASSOCIATES, LTD***
             ***SENIOR CONSULTANT***
             ***Atlanta, Georgia***

Delivered high-end business consulting, financial, operational, and "turn-around" services for high-technology, telecommunications, and manufacturing companies-- from mid-market to Fortune 100 companies. Provided clients with interim executive management, financial-restructuring and recapitalization, performance improvement, operations analysis, and business plan evaluation services.

**Representative consulting engagements included:**

- **Chief Operating Officer for a Michigan-based Wireless Telecommunications Company:** Initial operational assessment transitioned to an eight-month tenure as Chief Operating Officer for this company, operating in a turn-around situation. Reported to CEO and banking consortium to operate the firm through to the strategic sale, and subsequently asked to serve as Chief Restructuring Officer.
    - Managed critical vendor negotiations with service-providers and implemented improvements generated operating cash-flow.
    - Developed and executed company business plans and budgets.
    - Evaluated and implemented new billing and customer care system.
    - Managed hiring and retention for sales and marketing organizations.
    - Evaluated and revised pricing plans, competitive initiatives, network software upgrades and internal revenue assurance tools.

- **Business Plan Evaluation (Agricultural/Manufacturing Company, AL):** Updated financial and operational information as part of business plan review for secured lender/funding entity. Required financial and liquidation analysis of operations as well as evaluation of going-forward viability for banking institution. Work led to debt restructuring and new business opportunities.

- **Sale/Re-Capitalization of a Tennessee Industrial Manufacturing firm:** Developed offering memorandum, drove sale efforts and capital-infusion interests to 70+ equity/debt fund managers.

- - Provided/coordinated all operational analytics and due diligence information for prospective investors/private equity firms.
  - Dealt exclusively with bank group and successfully completed restructuring and recapitalization.
  - Subsequent to the initial turnaround project, served as company CFO during a transition to a new ownership and management team.

- **Business Plan for a Florida-based Content Management and Manufacturing Company:** Developed business plan for this $50 million diversified manufacturer of CD/DVD's, high-end and digital printing, mailing/packaging/fulfillment and eBusiness provider. Family-owned firm required new business plan and major initiatives to move to next-generation.
  - Completed 7-week restructuring plan that included management, sales growth needs, pricing and manufacturing action items.
  - Prepared and issued comprehensive report including business issues, options, recommendations and path-forward for the board, company management and secured lender.

- **Sarbanes-Oxley & Business Consulting Review for Georgia Insurance Company:** Appointed to assist the Project Management Office (PMO) with overseeing the Company's domestic SOX efforts for North America.
  - Developed documentation for unique processes (Pension and Retirement Plans, "Separate Accounts" and SOX-equivalent requirements promulgated by Dutch Parent Company).
  - Coordinated all quantification and reporting requirements to define SOX "significant account" coverage.

- *Multiple other turnaround and business consulting engagements.*

1998-2002   **ARTHUR ANDERSEN, LLP**
            *DIRECTOR – BUSINESS CONSULTING*
            *Atlanta, Georgia*

Responsible for Project Delivery and Business Development of consulting services into major domestic telecommunications and high technology clients for this "Big Five" firm. Representative project responsibilities included:

- Managed and coordinated multiple projects at a multinational telecommunications (wireless and wire-line) client, including: billing analysis and system review of revenue assurance processes; preparation of competitive market data and review of regulatory filings on affiliated businesses; customer service work to incorporate best practices to "right-size" operations; and established shared services processes for international accounting.
- Defined ERP approach for "Big 3" and a major regional telecommunications company. Actions included analyzing GAAP issues, aligning functional and business processes, and developing a common reporting and accounting "needs" analysis to support the global approach to converge the platforms.
- Selected as industry expert to conduct large-scale billing environment and competitive assessment at a Chicago-based, Regional Bell Operating Company.

1991-1998   **MCI TELECOMMUNICATIONS, INC.**

            **CORPORATE FINANCE DIRECTOR, CREDIT & COLLECTIONS/BILLING**
            *Atlanta, Georgia*

*1992-1998*

Directed nationwide credit, collections and receivables management activities of a $1.8 billion business customer portfolio and its multi-location, 650-person organization. Responsibilities and accomplishments included:

- Significantly improved the commercial billing, cash-flow, collections results and accounts receivable, resulting in a $200 million savings during a period of significant activity within the company (record revenue increases, mergers and acquisitions, and major product releases).
- Implemented new systems and technology "best-practices" while consolidating six collections centers into four mainstream units.
- Accelerated revenue and cash-flow by reducing days sales outstanding ("DSO"), significantly decreasing bad debt expense, reduced delinquent accounts and generated bottom-line, operational savings.
- Directed all user activities surrounding development and implementation of a business-transforming project: installation of a three-tier, client-server-based system that facilitated data collection and distribution from two software platforms on multiple mainframes directly to desktops at six locations.
- Uncovered three different **fraud** schemes after assuming management responsibility for an additional business unit. Grew suspicious, monitored results and identified the schemes; terminated ten people, led internal investigation and assisted white collar crime expert hired to lead external review. Testified for over 40 hours in depositions and several civil and criminal proceedings, working with internal/external counsel, law enforcement (FBI/US Treasury) as well as the US Attorney's office in the Northern District of Georgia, based in Atlanta. All perpetrators pleaded or were found guilty at trial.

**CENTRAL DIVISION DIRECTOR, PLANNING, REPORTING AND CONTROLS**
*Chicago, Illinois*
*1991-1992*

Responsible for directing all planning and budgeting, accounting, business unit finance, MIS systems support, sales commissions oversight for a $1 billion commercial division of MCI, the #2 long-distance telecommunications carrier.

1989-1991   **TELECOM*USA**
**SENIOR VICE PRESIDENT, FINANCE**
*Cedar Rapids, Iowa*

Responsible for corporate financial reporting, budgeting, accounting, overall sales channel support, billing/revenue, receivables and purchasing for a $400 million division. Managed a $3 million operating budget and directed activities of 50 finance, operational and support personnel.

1974-1989   **SPRINT CORPORATION**

**ASSISTANT CONTROLLER**
*Kansas City, Missouri*
*1988-1989*

Directed all accounting for managing the asset base and construction of Sprint's nationwide fiber optic network (including a $600 million construction program and a $3 billion property, plant and equipment asset base).

**DIRECTOR OF FINANCE, SOUTHEAST AND NATIONAL ACCOUNTS DIVISION**
*Atlanta, Georgia*
*1986-1988*

Directed all accounting, reporting, business planning/budgeting for two different divisions of US Sprint, both based in Atlanta, GA.

**DIRECTOR OF INTERNAL AUDIT**
*Westwood, Kansas*
*1984-1986*

*Directed* staff of 40 professional auditors executing internal control, financial testing, due diligence, fraud prevention/detection, MIS/IT reviews and other special project activities. Developed/presented audit plan and reported semi-annually to Sprint's Audit Committee. During two-year tenure as director, **uncovered** three different **fraudulent schemes** resulting in termination of the pension trust officer and a subsidiary company president, as well leading an investigation which resulted in a favorable $60 million settlement from General Electric Corp.

**OTHER CORPORATE ROLES & EXPERIENCE**
*Westwood, Kansas*
*1974-1984*

Coordinated all rate case testimony and reports; prepared consolidated financial statements, annual reports, 10K's/10Q's; performed in corporate accounting and internal audit roles for Sprint/United Telecommunications: Director of Rate Case Matters, Director of Accounting, Accounting Manager, and Internal Auditor.

## EDUCATION:

1978    ***ROCKHURST UNIVERSITY – MBA, "With Distinction"***
        ***Kansas City, Missouri***

1974    ***ROCKHURST UNIVERSITY – BS/BA, Accounting (Dean's List)***
        ***Kansas City Missouri***

## MEMBERSHIPS, AFFILIATIONS, PUBLIC SPEAKING:

Professional organizations: Financial Executives International, Institute of Internal Auditors, Association for Corporate Growth, and the MIT Forum.

Adjunct professor/lecturer at Rockhurst University; MBA Program, 1978-1980.

Recurring speaker/guest lecturer at universities, accounting, civic and ethics organizations (60+ events): University of Notre Dame, Washington University, Georgia Institute of Technology, Rockhurst University, Mercer University, Kennesaw State University; Association of Certified Fraud Examiners, Institute of Internal Auditors, Georgia Society of CPA's, KPMG/Alston + Bird (client conference), Georgia Southern University Fraud Conference, Georgia Paralegal Association, Siegel Institute for Leadership, Ethics and Character at Kennesaw State University; Clayton State University; Georgia State University; Community Service organizations; topics included issues and experiences directly related to fraud prevention and detection, business ethics, management and operations.

**PUBLICATIONS:**

"*By Any True Accounting, the Deed Was Fraud*", Financial Executive, March 2006.

<u>Computer Forensics: Principles and Practices</u>; Linda Volonino, CISSP, (et.al.)

Advisory Committee on the Auditing Profession, 2nd US Treasury report, observations quoted from June 2008 letter to co-chairmen Levitt and Nicolaisen.

Arthur Andersen Alumni Association—Newsletter Publication: "Fraud Prevention & Detection—Hard Data and How To Use it", September 2008 and "Professor Harry G. Frankfurt was Right", September 2011

"Practical Wisdom" blog; since May 2011 (www.wanserskiandassociates.com)

**TESTIFYING EXPERIENCE/TESTIMONY SUBMISSION:**

Related civil and criminal (including one criminal grand jury appearance) testifying experience and testimony preparation/submission: approximately 40 hours of depositions over five separate days; one session with a Federal Criminal grand jury appearance (for the prosecution), and two separate sessions (five hours in total) in a related criminal case.

*United States of America v. Mark Benveniste;* United States District Court for the Northern District of Georgia, Atlanta Division.  Criminal Indictment 1 01-CR-761, February 2002; testified for the prosecution, William L. McKinnon, Jr., Assistant United States Attorney.

Federal Criminal Grand Jury, for the prosecution, William L., McKinnon, Jr. in re: *United States v. Walter A. Pavlo, Jr., Case No. 1:00-CR-707.* Wanserski appeared approximately March 2000; his testimony and others led to guilty pleading by defendant Walter A. Pavlo, Jr. and a $5.7 million judgment/restitution amount, filed in Clerk's Office, U.S.D.C-Atlanta, on January 4, 2001.

*Telecom Management Systems, Inc., Telefax, Inc. and Deborah L. Ward v. James H. Wanserski, et al.,* 1:99-CV-1580-GET, United States District Court, Northern District of Georgia.

*Manatee Partners Limited Partnership v. MCI Telecommunications Corp. and James H. Wanserski, et al., Civil Action No. 1:97-CV-3311, United States District Court for the Northern District of Georgia.*

*National Bank of Canada, et al. v. MCI Telecommunications Corporation; Walter A. Pavlo, et al., United States District Court for the Northern District of Georgia; Civil Action File No. 1:97-CV-3782 (GET)*

Collections litigation, representing:
- MCI Telecommunications, Corp. vs. customers (1992-1997);
- U.S. Sprint vs. customers, (1987).

7

# ATTACHMENT B



**Michael Fuqua, Senior Managing Director**

Mr. Fuqua has over 25 years of experience in corporate finance, business valuation, strategic planning, forensic accounting, and turnaround management. Prior to joining GlassRatner, he held a number of positions in the financial services sector with institutions such as Toronto Dominion Bank, Security Pacific National Bank, and Wachovia. His unique mix of transactional and turnaround management skills are valuable resources to underperforming or companies in transition trying to accomplish a turnaround, develop a plan of reorganization, obtain financing, execute a corporate transaction, or conducting an investigation into financial fraud or mismanagement.

Mr. Fuqua has a broad range of capital market transaction experience ranging from the extension of bank credit for working capital to the structuring of more complex transactions such as leveraged buyouts, corporate recapitalizations, and structured risk management solutions. Representative transactions include:

- $5 billion acquisition financing for Fortune 500 consumer products company;
- $667 million leveraged recapitalization of a public PVC manufacturer;
- $130 million leveraged buyout of buildings product company;
- Sale of a $20 million plastics manufacturer;
- Structured CAD $100MM purchase price hedge for major U.S. pulp and paper company;
- Structured Euro hedge ladder for monthly repatriation of funds from US subsidiary to German parent.

In addition to capital markets experience and expertise, Mr. Fuqua also has significant forensic accounting experience. Representative forensic accounting tasks in completed assignments include:

- Reconstruction and analysis of cash flows;
- Investigating and analyzing cash flows for the purposes of recovering preferential payments in multiple bankruptcies;
- Solvency analysis;
- Asset tracing.

As part of the GlassRatner team, Mr. Fuqua has been involved in the following notable assignments:

- **Fiduciary**
    - SEC Receiver for a $28MM Ponzi scheme;
    - Federal Equity Receiver for a fraudulent debt collection scheme.

- **Forensic Accounting**
    - Accountants to the Receiver of multiple companies involved in prime banknote/Ponzi schemes;
    - Accountants to the Receiver of mortgage Ponzi scheme;
    - Financial consultant to the Examiner of Enron subsidiary, The New Power Company.

- **Bankruptcy**
    - Financial advisor for approximately 750 potential preferential avoidance actions;
    - Financial advisor to $80MM multi-location, home product, retail company;
    - Financial advisor to $30MM sub-prime auto leasing company;

- Successful liquidation of remaining assets of $800MM chemical company after sale of viable divisions. Assets included: emission credits, plants, real estate.

- **Solvency and Fraudulent Conveyance Litigation**
    - Transaction analysis and valuation of a bankrupt $80MM consumer goods manufacturer;
    - Transaction analysis of an insider bridge loan for a bankrupt $225MM manufacturer.

- **Turnaround**
    - Turnaround and sale of $20MM plastics manufacturer. Vendors and secured lender were paid in full;
    - Successful "right-sizing" of educational product manufacturer. Company has grown from $13MM in revenue to approximately $80MM;
    - Successful turnaround of $20 million wire manufacturer;

Mr. Fuqua earned both his undergraduate and graduate degrees at Duke University. He holds an AB in Economics as well as a MBA from Duke University's Fuqua School of Business.   He is a member of the Turnaround Management Association, the Association of Insolvency and Restructuring Advisors, and is a Certified Insolvency Restructuring Advisor.